George Van WAGNER, Plaintiff—Appellant,

v.

RESIDENTIAL FUNDING COMPANY, LLC; National City Mortgage; Golden & Amos, PLLC, Tim Amos, Counsel for National City Mortgage; Tim Amos; GMAC Mortgage; Peter T. Demasters; Flaherty, Sensabaugh & Bonasso, PLLC, Susan Romain and Peter T. Demasters, Counsel for PNC, a/k/a Flaherty, Sensabaugh, Bonasso, PLLC; Susan Romain; PNC Bank, National Association, Successor to City National; Seneca Trustees, Inc.; Jason E. Manning; Troutman Sanders LLP, Jason Manning, Counsel for GMAC, Defendants—Appellees.

No. 11–2393.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2012.

Decided: April 2, 2012.

George Van Wagner, Appellant Pro Se. Jason E. Manning, Troutman Sanders, LLP, Virginia Beach, Virginia; Heather Hovermale, William Joseph Powell, Jackson Kelly, PLLC, Martinsburg, West Virginia; Braun A. Hamstead, Hamstead & Associates, LC, Charles Town, West Virginia; Christopher Robert Arthur, Samuel I. White, PC, Charleston, West Virginia, for Appellees.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Van Wagner appeals the district court's order dismissing his civil action for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Van Wagner v. Residential Funding Co.,* No. 3:11–cv–00066–JPB–DJJ, 2011 WL 5825775 (N.D.W.Va. Nov. 17, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*